IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) No. 24-cr-10001 |
| v. | ) ) |
| ANDREA M. DORIA, | ) ) |
| Defendant. | ) ) |

### I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

### Count 1

From on or about February 1, 2017, and continuing thereafter until on or about December 9, 2019, in the Central District of Illinois and elsewhere, the defendant,

**ANDREA M. DORIA**,

did knowingly conspire with others, both known and unknown, to defraud the United States of America in connection with a healthcare kickback scheme, in violation of Title 18, United States Code, Section 1343 and Title 42, United States Code, Section 1320a-7b.

## OBJECT OF THE SCHEME TO DEFRAUD

The object of the scheme to defraud was to obtain money from "federal health care program[s]," as that term is defined in Title 42, United States Code, Section 1320a-7b(f), in relation to claims submitted for various pharmaceutical products for which an illegal kickback payment was sought and received. Federal health care programs include, but are not limited to, Medicare, TRICARE, and Medicaid.

## MANNER AND MEANS

It was part of the scheme that the defendant,

### ANDREA M. DORIA,

served as the Vice-President of a company whose activities included making "sales calls" on medical providers to promote the use of pharmacies operated by his coconspirators. When these "sales calls" resulted in a prescription being filled by one of these pharmacies, the defendant received a share of the net profit generated by these prescriptions. Through the prescriptions received because of these "sales calls," the defendant was referring individuals to his coconspirators to furnish or arrange for the furnishing of pharmaceutical products to these individuals knowing that payment would be made in whole or in part by a federal health care program.

## DORIA'S ACTS IN FURTHERANCE

In furtherance of the conspiracy, and to effect the objects thereof,

**ANDREA M. DORIA,**

committed numerous overt acts. These acts include, but are not limited to, making "sales calls" on the offices of medical providers and accepting payments derived from the net profits associated with prescriptions received from these medical providers. These profits were generated by pharmacies located both within and outside of the Central District of Illinois which were owned, operated, and controlled by his coconspirators. By way of example only, on or about December 20, 2018, Doria received a check in the amount of $10,433.98 for his share of the net profits from the prior month. These profits included those derived from prescriptions that had been paid for by federal health care programs.

All in violation of Title 18, United States Code, Section 371.

        UNITED STATES OF AMERICA

        GREGORY K. HARRIS
        UNITED STATES ATTORNEY

By:   /s/Douglas F. McMeyer
       Assistant United States Attorney
       Office of the United States Attorney
       211 Fulton Street, Suite 400
       Peoria, Illinois 61602
       Tel: 309-671-7050
       Fax: 309-671-7259